## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES SANDERSON, III INDIVIDUALLY, AND AS TRUSTEE OF THE BOSTON HILL REALTY TRUST<br><br>        PLAINTIFFS<br><br>    v.<br><br>DAVID G. MASSAD, PAMELA MASSAD, COMMERCE BANK AND TRUST COMPANY, GEMSTONE INVESTMENT CO., INC.<br>        DEFENDANTS<br><br>    v.<br><br>CHARLES SANDERSON, III, CHARLES SANDERSON, IV, INDIVIDUALLY AND AS TRUSTEES OF THE BOSTON HILL REALTY TRUST | NO:  04:08-cv-40106 |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Charles T. Sanderson, III, and Boston Hill Realty Trust hereby appeal to the United States Court of Appeals for the First Circuit from the order dated June 24, 2008 of the United States District Court for the District of Massachusetts at Worcester denying the Plaintiffs' motion for preliminary injunction and from the decision dated June 13, 2008 also denying the Plaintiff's motion for a Preliminary Injunction.

Dated: June 24, 2008

Respectfully submitted,
Plaintiffs,
By their attorney,


/s/ Earl D. Munroe
_____
Earl D. Munroe (BBO #552853)
Munroe & Chew
5 Broadway
Saugus, MA 01906
(617) 848-1218


## CERTIFICATE OF SERVICE


I, Earl D. Munroe, do hereby certify that on June 24, 2008 I electronically filed with the Clerk of the U.S. District Court:  Debtor's Notice of Appeal, in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

David Rich, Esq.
drich@toddweld.com


/s/  Earl D. Munroe
_____
Earl D. Munroe, Esq.