UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES T. SANDERSON III individually and as Trustee of the BOSTON HILL REALTY TRUST<br><br>Plaintiffs<br><br>vs.<br><br>GEMSTONE INVESTMENT CO, INC., DAVID G. MASSAD AND PAMELA MASSAD<br><br>Defendants, | C.A. No. 08-40106-FDS |

## GEMSTONE INVESTMENT CO., INC., DAVID G. MASSAD AND PAMELA MASSAD'S PARTIAL MOTION TO DISMISS AND REQUEST FOR REMAND TO STATE COURT

Pursuant to Fed. R. Civ. P 12(b)(6), the Defendant David G. Massad, Pamela Massad and Gemstone Investment Co., Inc. respectfully request that the Court dismiss those federal claims asserted against them and remand this matter to state court. In particular, the Defendants seek dismissal of Count I (Civil RICO, 18 U.S.C. § 1961 et seq.) and Count II (Civil RICO Conspiracy, 18 U.S.C. §§ 1962(d), 1964(c)). In support of their motion to dismiss, the Defendants respectfully refer the Court to the accompanying memorandum of law.

WHEREFORE, Gemstone Investment Co., Inc., David Massad and Pamela Massad respectfully request the Court dismiss Counts I and II of the Plaintiff's Verified Amended Complaint and remand this case to the Massachusetts Superior Court for further proceedings.

                Respectfully submitted,

                GEMSTONE INVESTMENT CO., INC.

                By its attorneys,

                /s/ David H. Rich
                David H. Rich (BBO #634275)
                TODD & WELD LLP
                28 State Street – 31st Floor
                Boston, Massachusetts  02109
                (617) 720-2626

DATED: July 3, 2008

## CERTIFICATE OF SERVICE

I, David H. Rich, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: July 3, 2008                /s/ David H. Rich
                                          David H. Rich