# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHARLES SANDERSON, III INDIVIDUALLY, AND AS TRUSTEE OF THE BOSTON HILL REALTY TRUST**<br>    **PLAINTIFFS**<br><br>  **V.**<br><br>**DAVID G. MASSAD, PAMELA MASSAD, COMMERCE BANK AND TRUST COMPANY, GEMSTONE INVESTMENT CO., INC.**<br>     **DEFENDANTS**<br>  **V.**<br><br>**CHARLES SANDERSON, III, CHARLES SANDERSON, IV, INDIVIDUALLY AND AS TRUSTEES OF THE BOSTON HILL REALTY TRUST** | **NO:  04:08-cv-40106**<br><br>   **04:08-cv-40109** |

## STIPULATION OF DISMISSAL
### (Rule 41)

Now come the parties to the above captioned matter pursuant to F.R.Civ.P. Rule 41(a)(1) and stipulates that this matter be dismissed, with prejudice, with each party to bear their own costs of litigation.

Respectfully submitted,
Plaintiffs/Defendants-in-counterclaim,
By their attorney,


/s/ Earl D. Munroe
_____
Earl D. Munroe BBO#552853
Munroe & Chew
5 Broadway
Saugus, MA 01906
(617) 848-1218


Respectfully submitted,
David Masssad
Pamela Massad
Gemstone Investment Co., Inc.
By their attorneys,


/s/  David Rich
_____
David Rich  BBO # 634275
Todd & Weld
28 State Street, 31st Floor
Boston MA  02109


Respectfully submitted,
Commerce Bank & Trust Co.
By its attorney,


/s/ James D. Obrien, Jr.
_____
James D. O'Brien, Jr., BBO #
Mountain, Dearborn & Whiting LLP
370 Main Street
Worcester, MA 01608
(508) 755-6640